CITY OF BUFFALO, Appellant, v. WHITMIER & FILBRICK CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by the City of Buffalo against the Whitmier & Filbrick Company.

PER CURIAM. Judgment affirmed, with costs, on the authority of City of Buffalo v. Thomas Cusack Co. (decided March 8, 1911) 128 N. Y. Supp. 1118. Held, that the ordinance in question does not apply to billboards erected prior to the passage of the ordinance.

McLENNAN, P. J., concurs, on the further ground that there is no evidence tending to prove that the billboards in question were a common nuisance.

In re CITY OF MT. VERNON. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) In the matter of the application of the City of Mt. Vernon for the appointment of commissioners to estimate and assess the expenses of the improvement in the widening of West Lincoln avenue, in the city of Mt. Vernon. No opinion. Motion denied, without costs.

In re CITY OF NEW YORK. In re MITCHELL et al., Town Assessors. (Supreme Court, Appellate Division. Second Department. June 2, 1911.) In the matter of the application of the City of New York for a writ of certiorari to Richard Mitchell and others, as assessors of the Town of Southeast, County of Putnam, and State of New York. Assessment for 1905. No opinion. Judgment affirmed, with costs.

CITY OF NEW YORK v. HUTTIG & SEAMON. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by the City of New York against Huttig & Seamon. No opinion. Motion granted, with $10 costs. Order filed.

CITY OF NEW YORK, Respondent, v. PELHAM PARK R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by the City of New York against the Pelham Park Railroad Company. R. Norton, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend answer, on payment of costs in this court and in the court below. Order filed. See, also, 68 Misc. Rep. 205, 124 N. Y. Supp. 958.

CITY OF NEW YORK v. PELHAM PARK R. CO. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by the City of New York against the Pelham Park Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

CLAMAN, Respondent, v. CLAMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Max Claman against Morris Claman. A. S. Weltfisch, for appellant. Mr. Ruskay, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CLARK, Appellant, v. WELLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Louisa T. Clark against A. Judson Wells.

PER CURIAM. Judgment and order affirmed, with costs. Held, that the verdict is against the weight of the evidence, and that the damages are excessive. New trial to be had in the City Court on the 6th day of June, 1911, at 10 o'clock in the forenoon.

McLENNAN, P. J., and ROBSON, J., dissent, and vote for modification by eliminating the first cause of action and affirming the judgment of the Municipal Court as to the balance.

In re CLEMENT, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 9,446, issued to Katie Rosenthal. No opinion. Order reversed, with $10 costs and disbursements, and motion to revoke license granted, with $10 costs, upon the ground that the evidence sustains the charges made.

In re CLEMENT, State Excise Com'r. Appeal of STETHEM et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) In the matter of Maynard N. Clement, as State Commissioner of Excise, etc. C. Firestone, for respondent. No opinion. Judgment and order affirmed, with $10 costs and disbursements. Order filed.

COHN, Appellant, v. FORMAN, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Barnet Cohn against Samuel B. Forman. P. M. Bromberg, for appellant. S. Blumberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COLAIZZI, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Domenico Colaizzi against the Pennsylvania Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals granted. For former opinion, see 128 N. Y. Supp. 312.

COLEMAN & KRAUS v. UNITED FRUIT CO. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Coleman & Kraus against the United Fruit Company. No opinion. Application denied, with $10 costs. Order signed.

COLLINS, Respondent, v. WATERBURY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Arthur Collins against the Waterbury Company. No opinion. Motion to resettle order denied, with $10 costs. See, also, 129 N. Y. Supp. 661.